1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    DONOVAN SHANE GREER,                      Case No. 1:21-cv-00108-JLT (PC)

12              Plaintiff,                       **ORDER GRANTING PLAINTIFF'S
                                                 MOTION TO PROCEED *IN FORMA*
13         v.                                    *PAUPERIS* AND DIRECTING PAYMENT
                                                 OF INMATE FILING FEE BY THE
14    KCSO ADMINISTRATION, et al.,               KERN COUNTY SHERIFF**

15              Defendants.                      (Doc. 7)

16

17         Plaintiff has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

18    (Doc. 7.) He has made the showing required by section 1915(a). Accordingly, the Court

19    ORDERS:

20         1.  Plaintiff's motion to proceed *in forma pauperis* is GRANTED.

21         2.  **The Kern County Sheriff or his designee shall collect payments from Plaintiff's**

22             **inmate trust account in an amount equal to 20 percent of the preceding month's**

23             **income credited to the account, and shall forward those payments to the Clerk of**

24             **the Court each time the amount in the account exceeds $10, in accordance with**

25             **28 U.S.C. § 1915(b)(2), until a total of $350 has been collected and forwarded to**

26             **the Clerk of the Court. The payments shall be clearly identified by the name and**

27             **number assigned to this action.**

28    ///

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Kern County Sheriff located at 1350 Norris Rd., Bakersfield, CA 93308.

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Sacramento Division.

IT IS SO ORDERED.

Dated: __February 19, 2021__                   ____/s/ Jennifer L. Thurston__
                                                UNITED STATES MAGISTRATE JUDGE

2