# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONOVAN SHANE GREER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KCSO ADMINISTRATION, et al.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-00108-JLT (PC)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>(Doc. 14) |

On June 9, 2021, the Court issued an order to show cause why this action should not be dismissed for Plaintiff's failure to exhaust administrative remedies prior to filing suit. (Doc. 14.) Plaintiff filed a response to the order to show cause on June 25, 2021. (Doc. 15.) The Court finds the response sufficient to DISCHARGE the order to show cause.[1] The Court will screen Plaintiff's complaint pursuant to 28 U.S.C. § 1915A in due course.

IT IS SO ORDERED.

　　Dated: __**June 28, 2021**__　　　　　_____ /s/ Jennifer L. Thurston_
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] The Court does not decide the matter of exhaustion here; it only finds that it will require additional argument or evidence prior to deciding the matter. Failure to exhaust is generally an affirmative defense that the defendant must plead and prove. *Jones v. Bock*, 549 U.S. 199, 204, 216 (2007).